Generated: Oct 14, 2025 10:13AM                                                                                       Page 1/1

# U.S. District Court

### Nevada None - Las Vegas

Receipt Date: Oct 14, 2025 10:13AM

Jade Burch

| Rcpt. No: 200016603 | | Trans. Date: Oct 14, 2025 10:13AM | | | Cashier ID: #RG (4937) |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.