AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch <br><br> *Plaintiff(s)* <br> v. <br> ANGIE'S SALON LTD., a Nevada Domestic Limited-Liability Company <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-01960-RFB-BNW |

**FILED** ☐  **RECEIVED** ☐
**ENTERED** ☐  **SERVED ON** ☐
COUNSEL/PARTIES OF RECORD

OCT 14 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ R JD6 _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Angie's Salon LTD
4985 S Fort Apache Rd #102
Las Vegas, NV 89148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jade Riley Burch
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/14/25

RJDG

*Signature of Clerk or Deputy Clerk*