```
          ✓ ____ FILED        ____ RECEIVED
            ____ ENTERED      ____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

              OCT 16 2025

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
        BY: _____ DEPUTY
```

Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Jade Riley Burch,** | **Case No.: 2:25-cv-01960-RFB-BNW** |
| Plaintiff, Pro Se, | |
| vs. | **Notice of Filing – Affidavit of Service (Angelica Micu a/k/a Angelica Tremillo)** |
| **ANGIE'S SALON LTD.,** a Nevada Domestic Limited-Liability Company; and **ANGELICA MICU a/k/a ANGELICA TREMILLO,** an individual, | |
| Defendants. | |

Plaintiff respectfully submits the attached **Affidavit of Service (Job #37500)**, executed by licensed process server **Genice O. Rojas**, confirming **personal service** of the summons, complaint, and exhibits on **Defendant Angelica Micu a/k/a Angelica Tremillo** on **October 15, 2025, at 12:41 PM**, at **4985 S. Fort Apache Rd., Suite 102, Las Vegas, NV 89148**

Dated: **October 15, 2025**
Las Vegas, Nevada

Respectfully submitted,

/s/ **Jade Riley Burch**
Jade Riley Burch
Plaintiff, Pro Se

# AFFIDAVIT OF SERVICE

Job # 37500

### Client Info:

Jade Burch
222 Karen Ave #1207
Las Vegas, Nevada  89109

### Case Info:

**Plaintiff:**
Jade Riley Burch,
-versus-
**Defendant:**
ANGIE'S SALON LTD., a Nevada Domestic Limited-Liability
Company; and ANGELICA MICU a/k/a ANGELICA TREMILLO, an
individual,

United States District Court
County of Clark, Nevada

Issuance Date: 10/14/2025 Court Case #
**2:25-cv-01960-RFB-BNW**

### Service Info:

**Date Received: 10/14/2025** at **05:24 PM**
**Service:** I Served **ANGELICA MICU a/k/a ANGELICA TREMILLO**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT (Federal Civil Rights & Tort Claims) DEMAND FOR JURY TRIAL;
DECLARATION OF PLAINTIFF AUTHENTICATING EXHIBITS A-O; Exhibits B, C, C-2, I, J, K, L, M-3, and O**
by leaving with **ANGELICA MICU a/k/a ANGELICA TREMILLO, PERSONALLY**

**At Business 4985 S FORT APACHE RD #102 LAS VEGAS, NV 89148**
Latitude: **36.09853**,   Longitude: **-115.29816**

On **10/15/2025** at **12:41 PM**
**Manner of Service: PERSONAL**
Individual Service was performed by delivering to the within named person a true copy of this process, with the date and hour of
service endorsed by me. At the same time, I delivered the within named person a copy of the complaint, petition, or other initial
pleading or paper.

### Served Description:  (Approx)

Age: **60**, Sex: **Female**, Race: **Hispanic**, Height: **5' 9"**, Weight: **175**, Hair: **Blond** Glasses:  **Yes**

I **Genice O. Rojas** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was
served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and
that the facts stated in it are true.

Signature of Server:_____
**Genice O. Rojas**
Lic # **2039**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **37500**

SUBSCRIBED AND SWORN to before me this __15__ day of ___October___ , _2025_ , by ___Genice O. Rojas___ ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CHRISTINA WELTY
Notary Public, State of Nevada
Appointment No. 20-1845-01
My Appt. Expires Oct 23, 2028

_____
NOTARY PUBLIC for the state of Nevada




1 of 1