Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **Jade Riley Burch,** | Case No.: 2:25-cv-01960-RFB-BNW |
| Plaintiff, Pro Se, | |
| vs. | **NOTICE OF FILING – AFFIDAVIT OF SERVICE (ANGIE'S SALON LTD.)** |
| **ANGIE'S SALON LTD.,** a Nevada Domestic Limited-Liability Company; and **ANGELICA MICU a/k/a ANGELICA TREMILLO,** an individual, | |
| Defendants. | |

Plaintiff respectfully submits the attached **Affidavit of Service (Job #37498)**, executed by licensed process server **Genice O. Rojas**, confirming **corporate service** of the summons, complaint, and exhibits on **Defendant Angie's Salon Ltd.** through its registered agent **Angelica Micu** on October 15, 2025, at 12:41 PM, at **4985 S. Fort Apache Rd., Suite 102, Las Vegas, NV 89148**

Dated: **October 15, 2025**
Las Vegas, Nevada

Respectfully submitted,

/s/ **Jade Riley Burch**
Jade Riley Burch

Page 1 of 1

# AFFIDAVIT OF SERVICE

Job # 37498

**Client Info:**
Jade Burch
222 Karen Ave #1207
Las Vegas, Nevada 89109

**Case Info:**

**Plaintiff:**
Jade Riley Burch,
-versus-

**Defendant:**
ANGIE'S SALON LTD., a Nevada Domestic Limited-Liability Company; and ANGELICA MICU a/k/a ANGELICA TREMILLO, an individual,

United States District Court
County of Clark, Nevada

Issuance Date: 10/14/2025 Court Case #
**2:25-cv-01960-RFB-BNW**

**Service Info:**

**Date Received:** 10/14/2025 at 03:50 PM
**Service:** I Served **Angie's Salon LTD**
**With:** **SUMMONS IN A CIVIL ACTION; COMPLAINT (Federal Civil Rights & Tort Claims) DEMAND FOR JURY TRIAL; DECLARATION OF PLAINTIFF AUTHENTICATING EXHIBITS A-O; Exhibits B, C, C-2, I, J, K, L, M-3, and 0**
by leaving with **ANGELICA MICU, REGISTERED AGENT**

**At Business 4985 S FORT APACHE RD #102 LAS VEGAS, NV 89148**
Latitude: **36.09853**, Longitude: **-115.29816**

On **10/15/2025** at **12:41 PM**
**Manner of Service: CORPORATE**
**SERVICE:** was performed by delivering a true copy of this **SUMMONS IN A CIVIL ACTION; COMPLAINT (Federal Civil Rights & Tort Claims) DEMAND FOR JURY TRIAL; DECLARATION OF PLAINTIFF AUTHENTICATING EXHIBITS A-O; Exhibits B, C, C-2, I, J, K, L, M-3, and 0** to: **ANGELICA MICU , REGISTERED AGENT** at the address of: **4985 S Fort Apache Rd #102 Las Vegas, NV 89148** with an agent lawfully designated by statue to accept service of process, pursuant to NRS 14.020, a person of suitable age and discretion at the address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State or entities usual place of business.

**Served Description: (Approx)**

Age: **60**, Sex: **Female**, Race: **Hispanic**, Height: **5' 9"**, Weight: **175**, Hair: **Blond** Glasses: **Yes**

I **Genice O. Rojas** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Genice O. Rojas**
Lic # **2039**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **37498**

SUBSCRIBED AND SWORN to before me this __15__ day of __October__ , __2025__ , by __Genice O. Rojas__ ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



NOTARY PUBLIC for the state of Nevada




1 of 1