FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 17 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch,<br><br>      Plaintiff.<br><br>vs.<br><br>**ANGIE'S SALON LTD.**, a Nevada Domestic Limited-Liability Company; and **ANGELICA MICU a/k/a ANGELICA TREMILLO,** an individual,<br><br>      Defendants. | Case No.: 2:25-cv-01960-RFB-BNW<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT**<br>Fed. R. Civ. P. 55(a) |

## **INTRODUCTION**

Plaintiff Jade Riley Burch, appearing pro se, respectfully requests that the Clerk enter default against Defendants Angie's Salon Ltd. and Angelica Micu pursuant to Fed. R. Civ. P. 55(a).

Defendants were each personally served with the Summons and Complaint on October 15, 2025, as reflected in the executed returns of service filed at ECF No. 5. Under Fed. R. Civ. P. 12(a)(1)(A)(i), their response deadline expired on November 5, 2025.

As a courtesy, Plaintiff informally extended the deadline to November 14, 2025, and notified the Lewis Brisbois attorneys who had acknowledged representation in writing of this accommodation. Despite this extended deadline, no appearance has been entered, no responsive pleading has been filed, and no motion for extension has been sought. Defendants have failed to plead or otherwise defend this action.

Entry of default is proper under Rule 55(a).

DATED: November 17, 2025

Las Vegas, Nevada

/s/ Jade Riley Burch
Jade Riley Burch
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I certify that on November 18, 2025, I served a true and correct copy of this Request for Clerk's Entry of Default and all supporting documents by U.S. Certified Mail, postage prepaid, addressed as follows:

**Angie's Salon Ltd.**
c/o Angelica Micu, Registered Agent
4985 S. Fort Apache Rd., Suite 102
Las Vegas, NV 89148

**Angelica Micu**
4985 S. Fort Apache Rd., Suite 102
Las Vegas, NV 89148

**Lewis Brisbois Bisgaard & Smith LLP**
Attn: Keith Weaver and Alissa Bestick
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

/s/ Jade Riley Burch

Plaintiff, Pro Se

**EXHIBITS**

Attach in this exact order:

- **Exhibit A** – Proof of Service: Angie's Salon Ltd. (from ECF No. 5)
- **Exhibit B** – Proof of Service: Angelica Micu (from ECF No. 5)

# EXHIBIT A

## Proof of Service Angie's Salon Ltd.

**Burch v. Angie's Salon Ltd., et al.**

Case No. 2:25-cv-01960-RFB-BNW

United States District Court

District of Nevada

_____

Submitted by:
**Jade Riley Burch**
Plaintiff, Pro Se

Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch, | Case No.: 2:25-cv-01960-RFB-BNW |
| Plaintiff, Pro Se, | |
| vs. | **NOTICE OF FILING – AFFIDAVIT OF SERVICE (ANGIE'S SALON LTD.)** |
| **ANGIE'S SALON LTD.**, a Nevada Domestic Limited-Liability Company; and **ANGELICA MICU a/k/a ANGELICA TREMILLO,** an individual, | |
| Defendants. | |

Plaintiff respectfully submits the attached **Affidavit of Service (Job #37498)**, executed by licensed process server **Genice O. Rojas**, confirming **corporate service** of the summons, complaint, and exhibits on **Defendant Angie's Salon Ltd.** through its registered agent **Angelica Micu** on October 15, 2025, at 12:41 PM, at 4985 S. Fort Apache Rd., Suite 102, Las Vegas, NV 89148

Dated: **October 15, 2025**
Las Vegas, Nevada

Respectfully submitted,

/s/ **Jade Riley Burch**
Jade Riley Burch

Page 1 of 1

# AFFIDAVIT OF SERVICE

Job # 37498

**Client Info:**

Jade Burch
222 Karen Ave #1207
Las Vegas, Nevada 89109

**Case Info:**

**Plaintiff:**
Jade Riley Burch,
-versus-

**Defendant:**
ANGIE'S SALON LTD., a Nevada Domestic Limited-Liability Company; and ANGELICA MICU a/k/a ANGELICA TREMILLO, an individual,

United States District Court
County of Clark, Nevada

Issuance Date: 10/14/2025 Court Case #
**2:25-cv-01960-RFB-BNW**

**Service Info:**

**Date Received:** 10/14/2025 at 03:50 PM
**Service:** I Served **Angie's Salon LTD**
**With:** **SUMMONS IN A CIVIL ACTION; COMPLAINT (Federal Civil Rights & Tort Claims) DEMAND FOR JURY TRIAL; DECLARATION OF PLAINTIFF AUTHENTICATING EXHIBITS A-O; Exhibits B, C, C-2, I, J, K, L, M-3, and O** by leaving with **ANGELICA MICU, REGISTERED AGENT**

**At Business 4985 S FORT APACHE RD #102 LAS VEGAS, NV 89148**
Latitude: **36.09853**, Longitude: **-115.29816**

On **10/15/2025** at **12:41 PM**
**Manner of Service: CORPORATE**
**SERVICE:** was performed by delivering a true copy of this **SUMMONS IN A CIVIL ACTION; COMPLAINT (Federal Civil Rights & Tort Claims) DEMAND FOR JURY TRIAL; DECLARATION OF PLAINTIFF AUTHENTICATING EXHIBITS A-O; Exhibits B, C, C-2, I, J, K, L, M-3, and O** to: **ANGELICA MICU , REGISTERED AGENT** at the address of: **4985 S Fort Apache Rd #102 Las Vegas, NV 89148** with an agent lawfully designated by statue to accept service of process, pursuant to NRS 14.020, a person of suitable age and discretion at the address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State or entities usual place of business.

**Served Description: (Approx)**

Age: **60**, Sex: **Female**, Race: **Hispanic**, Height: **5' 9"**, Weight: **175**, Hair: **Blond** Glasses: **Yes**

I **Genice O. Rojas** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Genice O. Rojas**
Lic # **2039**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **37498**

SUBSCRIBED AND SWORN to before me this __15__ day of __October__ , __2025__ , by __Genice O. Rojas__ ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CHRISTINA WELTY
Notary Public State of Nevada
Appointment No. 20-1845-01
My Appt Expires Oct 23, 2028

NOTARY PUBLIC for the state of Nevada




1 of 1

# EXHIBIT B

## Proof of Service Angelica Micu

**Burch v. Angie's Salon Ltd., et al.**
Case No. 2:25-cv-01960-RFB-BNW
United States District Court
District of Nevada

---

Submitted by:
**Jade Riley Burch**
Plaintiff, Pro Se

Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

FILED ✓  RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 16 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Jade Riley Burch,** | Case No.: 2:25-cv-01960-RFB-BNW |
| Plaintiff, Pro Se, | |
| vs. | **Notice of Filing – Affidavit of Service (Angelica Micu a/k/a Angelica Tremillo)** |
| **ANGIE'S SALON LTD.**, a Nevada Domestic Limited-Liability Company; and **ANGELICA MICU a/k/a ANGELICA TREMILLO**, an individual, | |
| Defendants. | |

Plaintiff respectfully submits the attached **Affidavit of Service (Job #37500)**, executed by licensed process server **Genice O. Rojas**, confirming **personal service** of the summons, complaint, and exhibits on **Defendant Angelica Micu a/k/a Angelica Tremillo** on October 15, 2025, at 12:41 PM, at 4985 S. Fort Apache Rd., Suite 102, Las Vegas, NV 89148

Dated: **October 15, 2025**
Las Vegas, Nevada

Respectfully submitted,

/s/ **Jade Riley Burch**
Jade Riley Burch
Plaintiff, Pro Se

Page 1 of 1

# AFFIDAVIT OF SERVICE

Job # 37500

### Client Info:
Jade Burch
222 Karen Ave #1207
Las Vegas, Nevada 89109

### Case Info:

**Plaintiff:**
Jade Riley Burch,
-versus-
**Defendant:**
ANGIE'S SALON LTD., a Nevada Domestic Limited-Liability Company; and ANGELICA MICU a/k/a ANGELICA TREMILLO, an individual;

United States District Court
County of Clark, Nevada

Issuance Date: 10/14/2025 Court Case #
**2:25-cv-01960-RFB-BNW**

### Service Info:

**Date Received:** 10/14/2025 at 05:24 PM
**Service:** I Served **ANGELICA MICU a/k/a ANGELICA TREMILLO**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT (Federal Civil Rights & Tort Claims) DEMAND FOR JURY TRIAL; DECLARATION OF PLAINTIFF AUTHENTICATING EXHIBITS A-O; Exhibits B, C, C-2, I, J, K, L, M-3, and O**
by leaving with **ANGELICA MICU a/k/a ANGELICA TREMILLO, PERSONALLY**

**At Business 4985 S FORT APACHE RD #102 LAS VEGAS, NV 89148**
Latitude: **36.09853**, Longitude: **-115.29816**

On **10/15/2025** at **12:41 PM**
**Manner of Service: PERSONAL**
Individual Service was performed by delivering to the within named person a true copy of this process, with the date and hour of service endorsed by me. At the same time, I delivered the within named person a copy of the complaint, petition, or other initial pleading or paper.

**Served Description: (Approx)**

Age: **60**, Sex: **Female**, Race: **Hispanic**, Height: **5' 9"**, Weight: **175**, Hair: **Blond** Glasses: **Yes**

I **Genice O. Rojas**, acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above, action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Genice O. Rojas**
Lic # **2039**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **37500**

SUBSCRIBED AND SWORN to before me this __15__ day of __October__, __2025__, by __Genice O. Rojas__,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



CHRISTINA WELTY
Notary Public State of Nevada
Appointment No. 20-1845-01
My Appt. Expires Oct 23, 2028

NOTARY PUBLIC for the state of Nevada




1 of 1