Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **Jade Riley Burch**,<br><br>Plaintiff.<br><br>vs.<br><br>**ANGIE'S SALON LTD.**, a Nevada Domestic Limited-Liability Company; and **ANGELICA MICU a/k/a ANGELICA TREMILLO,** an individual,<br><br>Defendants. | **Case No.: 2:25-cv-01960-RFB-BNW**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jade Riley Burch and Defendants Angie's Salon LTD and Angelica Micu, being all parties who have appeared in this action, stipulate and agree as follows:

1. The parties have resolved all claims and disputes between them that were asserted, or that could have been asserted, in this action. The agreed consideration has been exchanged, and the settlement has been fully performed.

2. This action, and every claim asserted in it, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] The parties expressly intend this dismissal to operate with prejudice notwithstanding the default rule of Rule 41(a)(1)(B).[2]

[1] Rule 41(a)(1)(A)(ii) permits dismissal without a court order by "a stipulation of dismissal signed by all parties who have appeared." The proposed order is submitted so that the Court may vacate remaining settings and direct the Clerk to close the case.

[2] Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."). Paragraph 2 supplies that contrary statement.

3. Each party shall bear its own attorney's fees and costs. No party is a prevailing party for any purpose, and each party waives any claim to fees or costs under Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, 42 U.S.C. § 12205, NRS 18.010, NRS 18.020, or any other statute, rule, or agreement.[3]

4. All pending motions, hearings, conferences, deadlines, and calendar settings in this action are vacated, and the parties request that the Clerk of the Court close the case.

5. This stipulation is signed by all parties who have appeared. It may be executed in counterparts, and an electronic or scanned signature has the same force and effect as an original.

DATED this 30th day of October, 2026.

/s/Jade Riley Burch

**Jade Riley Burch**
222 Karen Avenue, Unit 1207
Las Vegas, Nevada 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com
Plaintiff, Pro Se

/s/Alissa N. Bestick

**Lewis Brisbois Bisgaard & Smith LLP**
Keith A. Weaver, Nevada Bar No. 10271
Alissa N. Bestick, Nevada Bar No. 14979
Attorneys for Defendants

[3] The fee and cost waiver is a negotiated term of the settlement. No party admits liability, fault, or wrongdoing.

**ORDER**

The parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** in its entirety, each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that all pending motions, hearings, conferences, deadlines, and calendar settings are **VACATED**, and the Clerk of the Court shall **CLOSE** this case.

**IT IS SO ORDERED.**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED: November 2, 2026

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, I served a true and correct copy of the foregoing **Stipulation and Order for Dismissal with Prejudice** by electronically filing it through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record for Defendants as follows:

Keith A. Weaver, Esq.
Alissa N. Bestick, Esq.
Lewis Brisbois Bisgaard & Smith LLP

DATED this 30th day of October, 2026.



Plaintiff, Pro Se